UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT VASSAR,<br><br>                        Plaintiff,<br><br>            v.<br><br>UNKNOWN,<br><br>                        Defendant. | No.  1:22-cv-0108 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

The assigned magistrate judge directed Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $402.00 filing fee to proceed with this action within 45 days.  (Doc. 7 at 2.)  In addition, the assigned magistrate judge struck the unsigned complaint and directed Plaintiff to file a signed complaint or a notice of voluntary dismissal.  (*Id*.)  Plaintiff was warned that failure to comply with the court's order would result in dismissal of this action without prejudice.  (*Id.*)  Plaintiff did not file a complaint or otherwise respond to the Court's order.

On April 4, 2022, the magistrate judge found Plaintiff failed to comply with the Court's order and failed to prosecute this action.  (Doc. 9 at 2-3.)  Therefore, the magistrate judge recommended the action be dismissed without prejudice.  (*Id.* at 3.)  Those findings and recommendations were served on Plaintiff. It contained notice that any objections were to be filed within fourteen days.  (*Id.*)  No objections were filed, and the deadline to do so has now

1

passed.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Based on the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on April 4, 2022 (Doc. 9), are adopted in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 6, 2022**                              /s/ Jennifer L. Thurston
                                                      UNITED STATES DISTRICT JUDGE